**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHNIE R. JOHNSON, JR.,**

        **Plaintiff,**

-vs-                                                  **Case No. 6:05-cv-939-Orl-KRS**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

        **Defendant.**

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 13)**
>
> **FILED:** January 9, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> The ALJ should discuss the weight he accorded to the functional limitations identified by Dr Ranganathan and the state agency physicians. If the ALJ decides not to adopt their findings, the ALJ should articulate his reasons. If the ALJ decides to adopt their functional limitations, the ALJ should discuss whether their findings would create significant work-related limitations. Second, the ALJ should reevaluate the Claimant's residual functional capacity in light of the functional limitations identified by Dr. Ranganathan, Dr. Ryan, and the state agency physicians. If warranted, the ALJ will

>  obtain updated records which are available from medical sources.  Finally, [Johnson] should be allowed to present additional evidence the ALJ may consider relevant and should be afforded the opportunity to testify at a hearing before the ALJ.

Doc. No. 13.  Plaintiff Johnnie R. Johnson, Jr., does not oppose the motion.  *Id*.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings.  The Clerk of Court is directed to enter judgment consistent with this Order and, thereafter, to close the file.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties