**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHNIE R. JOHNSON, JR.,**

        **Plaintiff,**

**-vs-**                                                     **Case No. 6:05-cv-939-Orl-KRS**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

        **Defendant.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S UNCONTESTED MOTION FOR ATTORNEY'S FEES (Doc. No. 16)**
>
> **FILED:**       **January 19, 2006**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Johnie R. Johnson, Jr., seeks an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on January 10, 2006. Doc. No. 15. The defendant, the Commissioner of Social Security, does not oppose the award of attorney's fees, even though the time for appealing the judgment has not run.

Johnson's attorney seeks $3,813.00 in attorney's fees for 24.60 hours of work performed in 2005. The hourly rate he seeks is $155.00. The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated under the statute, which courts may adjust upward based on

changes in the Consumer Price Index. 28 U.S.C. § 2412(d)(2)(A). The Commissioner of Social Security does not oppose these hourly rates or the number of hours worked. After reviewing the papers submitted by Johnson, I find that the fees requested are appropriate in the absence of objection.

It is, therefore, **ORDERED** that Johnson is awarded $3,813.00 in attorney's fees.

**DONE** and **ORDERED** in Orlando, Florida on January 25, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties